**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lisa A. Byers-Lawson,

        Plaintiff,                          Civil No. 07-4637 (RHK/JSM)

vs.                                 **DISQUALIFICATION AND**
                                 **ORDER FOR REASSIGNMENT**

Ortho-McNeil Pharmaceuticals, Inc.,
Johnson & Johnson, Inc., Johnson &
Johnson Pharmaceutical,

        Defendants.

        The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

        **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

        **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  November 19, 2007

                                 s/Richard H. Kyle
                                 RICHARD H. KYLE
                                 United States District Judge